## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **BARBARA AMBURGEY, et al,**   ) | |
| ) | |
| **Plaintiffs**  ) | |
| **v.**  ) | |
| ) | **\*\*Civil No. 06-149-P-S** |
| **ATOMIC SKI USA, INC.,**  ) | |
| ) | |
| **Defendant**  ) | |
| ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 17, 2007, his Recommended Decision (Docket No. 77). Defendant filed its Objection to the Recommended Decision (Docket No. 80) on January 7, 2008. Plaintiff Barbara Amburgey filed her response to Defendant's Objection (Docket No. 85) on January 25, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 62) is hereby **DENIED**.

                                                /s/George Z. Singal_____
                                                Chief U.S. District Judge

Dated: January 29, 2008